174

STATE OF NEW JERSEY, PLAINTIFF-RESPON-
DENT, v. WILLIAM DAY. DEFENDANT-PETITIONER.

Mr. *Peter Murray*, Mr. *Richard Newman* and Miss *Cynthia M. Jacob* for the petitioner.

Mr. *Leo Kaplowitz* and Mr. *Arthur J. Timins* for the respondent.

July 8, 1968. Denied.

WILLIAM N. HAMILTON, PLAINTIFF-PETITIONER, v.
LOUIS SCHOR, *ET AL.*, DEFENDANTS-RESPONDENTS.

Mr. *William N. Hamilton* in *propria persona*.

Messrs. *Brenner & Monyck* for the respondents.

July 8, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JAMES G. CAGLE, DEFENDANT-PETITIONER.

Mr. *Peter Murray*, Mr. *Richard Newman* and Mrs. *Susan F. Sinins* for the petitioner.

Mr. *Joseph P. Lordi* and Mr. *Alan Silber* for the respondent.

July 8, 1968. Denied.